# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:20cr220FDW |
| V. | ORDER OF DISMISSAL |
| CHAREO DEMARCUS JOHNSON,<br>Defendant | |

For Good Cause shown in the United States Motion to Dismiss Bill of Indictment, the Court hereby grants the dismissal of the Bill of Indictment in Docket No. 3:20cr220-FDW without prejudice as to Defendant Chareo Demarcus Johnson.

SO ORDERED.

Signed: March 19, 2021

*/s/ Frank D. Whitney*
Frank D. Whitney
United States District Judge